# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1747

United States of America

Appellee

v.

Edulio Perez

Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - St. Joseph
(5:09-cr-06013-GAF-2)
_____

**MANDATE**

In accordance with the opinion and judgment of 12/13/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 04, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit